Dismissed and Memorandum Opinion filed September 16, 2004









Dismissed and Memorandum Opinion filed September 16,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00737-CR

____________

 

ELROY JOSEPH WRIGHT,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
2nd & 25th District Court

Colorado County,
Texas

Trial Court Cause No. CR04-80

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of theft.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on July
9, 2004, to confinement for two years in the Institutional Division of the
Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  Additionally, the trial court found that
appellant had waived the right of appeal. 
The trial court=s certification is included in the record on appeal.  See Tex.
R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 16, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.

Do Not Publish C Tex. R. App.
P. 47.2(b).